**PRIORITY MAIL** — UNITED STATES POSTAL SERVICE

Label 228  June 2004

From: Atum-Enchara; Dyer-El
5110-Northland
Saint-Louis-missouri
~63113

TO: U.S.-District-Court
Eastern-district; missouri
~111-S. Tucker
Saint-Louis; missouri ~63101

RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
ST. LOUIS, MO
63115
FEB 02,10
AMOUNT $8.00
00049205-07

RECEIVED BY MAIL
FEB 03 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

1006  63101

www.usps.com



CERTIFIED MAIL

7009 0080 0001 6155 1416