Case: **4:10−cv−00204**
Assigned To : **Hamilton, Jean C.**
Assign. Date : **2/4/2010**
Description: **Dyer−El v. Capital One Auto Finance, Inc.**