UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ATIIM-ENAHARA DYER-EL,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　)　　No. 4:10-CV-204-JCH
　　　　　　　　　　　　　　　　　　　　　)
CAPITAL ONE AUTO FINANCE, INC.,　　　　 )
et al.,　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　　　 )

## ORDER OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(b)

This matter is before the Court upon its own motion. On February 9, 2010, this Court ordered that plaintiff shall have thirty days either to pay the statutory filing fee of $350, or to submit a completed form motion to proceed in forma pauperis and financial affidavit [Doc. #2]. The Court advised plaintiff that his failure to pay the filing fee or to submit the form motion within thirty days may result in dismissal of this action, without prejudice.

To date, plaintiff has not paid the filing fee. On February 22, 2010, plaintiff filed a document titled ":TA-MERI-TIME-LAW WITH[IN] THESE KINGDOMS AND DOMINION OF ALL TA-MERI" [Doc. #4], purportedly in response to this Court's February 9 Order. Plaintiff's filing is incomprehensible and in no way complies with this Court's Order.

Therefore,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**, without prejudice, for plaintiff's failure to comply with this Court's Order of March 10, 2008. <u>See</u> Fed. R. Civ. P. 41(b).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. <u>See</u> 28 U.S.C. § 1915(a)(3).

Dated this 16th day of March, 2010

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**