UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ATIIM-ENAHARA DYER-EL,       )
                             )
        Plaintiff,            )
                             )
    v.                        )   No. 4:10-CV-204-JCH
                             )
CAPITAL ONE AUTO FINANCE, INC., )
et al.,                       )
                             )
        Defendants.           )

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for summary judgment [Doc. #7] is **DENIED** as moot.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 22nd day of March, 2010

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**